# United States District Court

**FILED**

MAR 2 6 2007

-------------------------------- DISTRICT OF SOUTH DAKOTA ----------------------

SOUTHERN DIVISION

CLERK

UNITED STATES OF AMERICA,

        Plaintiff,                    **ORDER**

    v.

REBECCA G. THOMAS,

        Defendant.                  CASE NUMBER: CR. 06-40079

This matter having come before the court on Monday, March 26, 2007, and it being the Court's intent not to detain the Defendant pending further proceedings, it is hereby

ORDERED, that the terms and conditions of the Order Setting Conditions of Release entered on March 6, 2007, by United States Magistrate Judge Franklin L. Noel, in United States District Court, District of Minnesota, are hereby continued in full force and effect, with the following additional conditions:

1.    Defendant shall maintain regular contact with her counsel and promptly respond to any inquiries from counsel.

2.    Defendant shall remain current on her on-going child support obligations.

Dated this 26th day of March, 2007.

BY THE COURT:

John B. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By _____
    Deputy